**DWIGHT C. HOLTON**, OSB # 09054
United States Attorney
District of Oregon
**SEAN E. MARTIN**, OSB # 054338
Assistant United States Attorney
sean.martin@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone: (503) 727-1010
FAX: (503) 727-1117
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DARRYL PICKENS**, | Case No. 09-cv-704-KI |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| **THE HONORABLE ERIC K. SHINSEKI**, Secretary of Veterans Affairs, *et al.*, | |
| Defendants. | |

PAGE - 1     Defendants' Motion for Partial Summary Judgment
             *Pickens v. Shinseki*, 09-cv-704-KI

Defendants, the Honorable Eric K. Shinseki, Secretary of Veterans Affairs, and DOEs 1-10, by and through undersigned counsel, submit this Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56.  Defendants file their motion for the reasons explained in the accompanying memorandum, and as supported by the accompanying declaration and exhibits. Pursuant to LR 7-1(a), undersigned counsel certifies that the parties made a good faith effort to resolve the dispute, and have been unable to do so.

Dated this 11th day of March, 2011.

                                                          Respectfully submitted,

                                                          DWIGHT C. HOLTON
                                                          United States Attorney
                                                          District of Oregon

                                                          /s/ Sean E. Martin
                                                          SEAN E. MARTIN

Of Counsel:

Richard P. Geib
Office of Regional Counsel
U.S. Department of Veterans Affairs
100 S.W. Main Street, Floor 2
Portland, OR 97204-2998