David H. Madden
Mersenne Law LLC
1500 S.W. First Avenue
Suite 1170
Portland, Oregon 97201
(503)679-1671
dhm@mersenne.com
Attorney for Plaintiff

United States District Court

District of Oregon

Portland Division

| | |
|---|---|
| Darryl PICKENS, an individual<br>    Plaintiff,<br><br>            v.<br><br>Hon. Eric K. SHINSEKI,<br>Secretary of Veterans Affairs; and<br>DOEs 1 – 10,<br>    Defendants | Case No.: ............................. 09-CV-704-KI<br><br>PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL OF RECORD |

   Pursuant to Local Rule 83-11, counsel for plaintiff Darryl PICKENS moves the Court for an order permitting it to withdraw from further representation of plaintiff in this matter.  This motion is based on the Declaration of David H. Madden filed herewith and the Points and Authorities presented below.

**POINTS AND AUTHORITIES**

The Oregon Rules of Professional Conduct require a lawyer to decline a representation, or to withdraw from a representation that has commenced, if the representation will result in a violation of the Rules or other law (ORPC R. 1.16(a)(1)). A lawyer may not represent a client if there is a current conflict of interest (ORPC R. 1.7(a)). No exception to the foregoing rule is applicable (ORPC R. 1.7(b)(1), *see also* Declaration of David H. Madden).

Plaintiff will not suffer material adverse harm if counsel is permitted to withdraw. Discovery is proceeding smoothly, there are no pending dispositive motions and plaintiff will have adequate time to locate alternate counsel if he chooses to do so.

Counsel has served this Motion on counsel for Defendant and on plaintiff, as stated in the accompanying Certificate of Service.

For at least the foregoing reasons, this Court should GRANT the present motion to withdraw.

Respectfully submitted:

| | |
|---|---|
| 25 May 2011 | /s/David H. Madden/ |
| Date | David H. Madden, OSB No. 080396 |
| | Attorney for Plaintiff |
| | Mersenne Law LLC |
| | 1500 S.W. First Avenue, Suite 1170 |
| | Portland, Oregon 97201 |
| | dhm@mersenne.com |
| | (503)679-1671 |