David H. Madden
Mersenne Law LLC
1500 S.W. First Avenue
Suite 1170
Portland, Oregon 97201
(503)679-1671
dhm@mersenne.com
Attorney for Plaintiff

United States District Court

District of Oregon

Portland Division

| | |
|---|---|
| Darryl PICKENS, an individual<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>Hon. Eric K. SHINSEKI,<br>Secretary of Veterans Affairs, and<br>DOEs 1 – 10,<br>　　　Defendants | Case No.: .............................. CV'09-704-KI<br><br>CERTIFICATE OF SERVICE<br>PLAINTIFF'S ATTORNEY'S MOTION TO<br>WITHDRAW AS COUNSEL OF RECORD |

Pursuant to Federal Rules of Civil Procedure, R. 5(d)(1), I caused the following documents to be served upon the Defendant through its attorney of record by filing electronic copies of the same through the Official Court Electronic Document Filing System ("ECF").

1.　　Plaintiff's Attorney's Motion to Withdraw as Counsel of Record

2. Declaration of David H. Madden in Support of Motion to Withdraw

I mailed a true and correct copy of the documents to Plaintiff at this address:

Darryl Pickens
c/o 8504 N. Woolsey Avenue
Portland, Oregon  97203

I also delivered two true and correct copies of the documents to the Court Clerk at the

address below:

Mark O Hatfield Courthouse
1000 S.W. Third Avenue
Portland, Oregon  97204

                                      Respectfully submitted:

| 25 May 2011 | s/David H. Madden/ |
|---|---|
| Date | David H. Madden, OSB No. 080396 |