UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DARRYL PICKENS**, an individual,

        Plaintiff,

vs.

**HON. ERIC K. SHINSEKI**, Secretary of Veterans Affairs,

        Defendant.

Civil Case No. 3:09-CV-00704-KI

JUDGMENT

    Darryl Pickens
    8504 N. Woolsey Ave.
    Portland, OR 97203

        *Pro Se* Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Sean E. Martin
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this ___20th___, day of March, 2012.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge